UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY JOEL JUDY,

        Plaintiff,

v.

                                                Case No.: 8:19-cv-01670-VMC-33SPF

CRF – DADE CITY, LLC,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: August 29, 2019

Respectfully Submitted,                                        Respectfully Submitted,

/s/ Louis Mussman         .                                    /s/ Ted W. Weeks IV         .
Louis Mussman, Esq. (Fla # 597155)                             Ted W. Weeks IV, Esq.
Louis@kumussman.com                                            Florida Bar I.D. No. 188468
Brian T. Ku, Esq. (Fla. # 610461)                              tww@lawofficetweeks.com
brian@kumussman.com                                            assistant@lawofficetweeks.com
KU & MUSSMAN, P.A.                                             Ted W. Weeks IV, P.A.
18501 Pines Blvd., Suite 209-A                                 2117 Harden Blvd.
Pembroke Pines, FL 33029                                       Lakeland, Florida 33803-5918
Tel: (305) 891-1322                                            Telephone: (863) 802-5000
Fax: (305) 891-4512                                            Facsimile: (863) 686-3533
*Attorneys for Plaintiff*                                      *Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Ted W. Weeks IV, Esq.
Ted W. Weeks IV, P.A.
2117 Harden Blvd.
Lakeland, Florida 33803-5918

By: /s/ Louis I. Mussman
Louis I. Mussman, Esq.